UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CORTEZ, | ) | No. ED CV 12-413-PLA |
|           Plaintiff, | ) ) | |
|     v. | ) ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
|           Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: December 20, 2012

                                                                PAUL L. ABRAMS
                                             UNITED STATES MAGISTRATE JUDGE